**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Krystal G Quinter** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No.: 26-10390-amc** |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 10, 2026 By: */s/ Joseph Quinn*___________

Joseph Quinn, Esquire
Attorney I.D. No. 307467
**ROSS, QUINN & PLOPPERT, P.C.**
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Kenneth E. West, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.com
Standing Chapter 13 Trustee
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Matthew K. Fissel, Esquire
Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Attorney
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Leon P. Haller, Esquire
Pennsylvania Housing Finance Agency
lhaller@pkh.com; dmaurer@pkh.com; mgutshall@pkh.com; khousman@pkh.com
Attorney
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

U.S. Department of Education c/o CRI
P.O. Box 82612
Lincoln, NE 68501
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Apex Asset Management
Attn: Bankruptcy
2501 Oregon Pike, Ste 102
Lancaster, PA 17601
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc.
PO Box 788
Kirkland, WA 98083-0788
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Chimefinal
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other: